UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>THOMAS CHARLES LOFFARELLI<br><br>California State Bar<br><br>#159724 | ORDER TO SHOW CAUSE |

  This Court has received notice that the above-referenced attorney has resigned with charges pending as a member of the State Bar of California and that the resignation has been accepted by the Supreme Court of California. As a result of the resignation, the above-referenced attorney is ineligible to practice law in the State of California effective March 6, 2008.

  Therefore, the above-referenced attorney is hereby ordered to show cause, in writing within 30 days of the date of this order, why his or her resignation with charges pending should not also apply to his or her membership status in this Court, pursuant to Rule 83-3.1.9 of the Local Rules for the Central District of California.

  IT IS FURTHER ORDERED, that if the above-referenced attorney does not contest the imposition of resignation from this Court or does not respond to the order to show cause within the time specified, the Court shall issue an order of disbarment effective 30 days from the date of this order to show cause.

1   A response to this order to show cause must make the showing required in
2   Local Rule 83-3.1.9. In addition, the above-referenced attorney must produce at the
3   time the response to the order to show cause is filed a certified copy of the entire
4   record from the other jurisdiction or bear the burden of persuading the Court that less
5   than the entire record will suffice.
6   The response to the order to show cause and other documentation shall be
7   mailed or delivered to:   U.S. Courthouse, 312 N. Spring Street, Room G-8, Los
8   Angeles, California 90012, Attn: Clerk of Court. The response to the order to show
9   cause and other documentation shall not be filed with the Court.
10   Unless stated otherwise by order of the Court, the above-referenced attorney
11   who has resigned with charges pending as a member of the State Bar of California
12   will be reinstated upon proof of reinstatement as an active member in good standing
13   of the State Bar of California.
14   An attorney registered to use the Court's Electronic Case Filing System (ECF)
15   who is disbarred by this Court will not have access to file documents electronically
16   until the attorney has been reinstated by the State Bar of California and reinstated to
17   the Bar of this Court.
18   This Order to Show Cause is being mailed to the above-referenced attorney's
19   current address as on file with the State Bar of California.
20
21   DATE:  April 22, 2008
22
23   _____
24   Alicemarie H. Stotler
    Chief United States District Judge
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28